UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ZOILA EVANGELINA VELASQUEZ ARGUETA,

        Plaintiff,

   -v-

BNOS DERECH YISROEL,

        Defendant.
------------------------------------------------------------------X

23-CV-2919 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

    On April 10, 2023, the Court granted Plaintiff's motion to amend her complaint and extended Defendant's answer deadline, *nunc pro tunc*, to April 20, 2023. ECF No. 14. The Court further ordered Plaintiff to serve a copy of the Order on Defendant by overnight mail, and to file proof of service on the docket by April 12. *Id.*

    To date, Defendant has not answered the complaint. Nor, however, has Plaintiff filed proof of service of the Court's April 10 Order. Accordingly, counsel for Plaintiff is directed to serve a copy of this Order on Defendant by overnight mail on or before **April 25, 2023**, and to file proof of service on the docket by **April 26**. Defendant's answer deadline is extended again, *nunc pro tunc*, to **May 4, 2023**. Should Plaintiff fail to serve this Court's Order again, Plaintiff will be required to show cause why this case should not be dismissed for failure to prosecute.

    SO ORDERED.

Dated: April 24, 2023
       New York, New York

                                                            JESSE M. FURMAN
                                                           United States District Judge