UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
ZOILA EVANGELINA VELASQUEZ ARGUETA,     :
:
                              Plaintiff,  :            23-CV-2919 (JMF)
:
       -v-            :                ORDER
:
BNOS DERECH YISROEL,                          :
:
                            Defendant.  :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       The parties in this action, brought pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, advised the Court that they had agreed to a settlement. *See* ECF No. 23. By Order entered June 2, 2023, ECF No. 25, the Court directed the parties to submit a joint letter explaining the basis for the proposed settlement and why it should be approved, with reference to the factors set forth in *Wolinsky v. Scholastic, Inc.*, 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012). On June 12, 2023, Plaintiff, through counsel, filed a motion to approve the settlement and a copy of the parties' Settlement Agreement. *See* ECF No. 26.

       Plaintiff's motion is DENIED without prejudice to renewal, as the current papers contain a material inconsistency. On the one hand, Plaintiff's motion states that $8,000 of the settlement amount "is allocated to Plaintiff's counsel for attorney's fees," and that an additional $636 is allocated for costs. Motion ¶ 9 (emphasis added). On the other hand, the Settlement Agreement itself provides that $8,514 is to be allocated to counsel, ECF No. 28-1, ¶ 1(b)(ii), approximately $100 less than what counsel requested in the motion.

The Court cannot approve the settlement given this inconsistency. Moreover, to the extent that the Settlement Agreement — rather than the motion itself — is accurate, the Court is not prepared to approve a settlement in which more than 43% of the total settlement goes to counsel, whether that is for fees or costs, at least absent a declaration from Plaintiff confirming that she is aware of that allocation and that it is consistent with his prior agreement with counsel. Accordingly, Plaintiff's motion is DENIED without prejudice to renewal. Plaintiff is directed to submit a new motion for settlement approval on or before **June 30, 2023.**

The Clerk of Court is directed to terminate ECF No. 26.

SO ORDERED.

Dated: June 14, 2023
New York, New York

_____
JESSE M. FURMAN
United States District Judge